UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

DM MANAGEMENT
TRANSPORTATION SERVICES, INC.,

    Plaintiff,

vs.                                  CASE NO.:

US MATTRESS DEPOT d/b/a DEAL
BEDS, and DEAL BEDS, LLC,

    Defendants.

_____/

## COMPLAINT

Plaintiff, DM MANAGEMENT TRANSPORTATION SERVICES, INC. ("Plaintiff" or "DM"), by and through undersigned counsel, sues Defendants, US MATTRESS DEPOT d/b/a DEAL BEDS ("Mattress Depot") and DEAL BEDS, LLC ("Deal Beds") ( collectively referred to as "Defendants"), and alleges as follows:

## JURISDICTION, PARTIES, AND VENUE

1. This is an action for damages in excess of $100,000.00, excluding interest, costs, and attorney's fees.

2. DM is a foreign corporation organized and existing under the laws of Pennsylvania with its principal place of business in Boyertown, Pennsylvania and is therefore a citizen of the Commonwealth of Pennsylvania.

3. Mattress Depot is a Florida for profit corporation with its principal place of business in Orlando, Florida, and is therefore a citizen of the State of Florida.

4. Deal Beds is a Florida Limited Liability Company with its principal place of business in Orlando, Florida, and is therefore a citizen of the State of Florida.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a)(1) under satisfaction of diversity jurisdiction – the parties are citizens of different states and the amount in controversy exceeds $75,000.

6. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. §1391(a)(2) because the contract at issue in this case was executed by Defendants in Orange County, Florida the business services at issue in this case were provided in Orange County, Florida, and the events and related services giving rise to this legal action occurred within Orange County, Florida.

7. All conditions precedent to the filing of this action have been performed, have occurred, have been waived, or otherwise have been satisfied.

## GENERAL ALLEGATIONS

8. On or about November 29, 2021, Plaintiff entered into a valid, enforceable Services Agreement with Defendants wherein Plaintiff agreed to provide inbound and outbound logistics services and Defendants agreed to pay for

those services. A true and correct copy of the Services Agreement (the "Agreement") is attached as **Exhibit "A"** and incorporated herein by reference.

9. Pursuant to the Agreement, Defendants requested logistics services from DM which provided the logistics services as ordered by Defendants.

10. DM substantially and satisfactorily performed its obligations in accordance with the Services Agreement and under the direction of Defendants.

11. After proper account statements were submitted to Defendants for services satisfactorily and timely rendered by DM, Defendants failed and refused to pay for any of the services provided by DM.

12. In correspondence dated 09/13/2022 and 09/23/2022, DM advised Defendants of the outstanding amounts owed. *See* correspondence, attached hereto as **Composite Exhibit "B"** and incorporated herein by reference.

13. Defendants failed and refused to pay any amount toward this balance.

14. DM has performed or satisfied all conditions precedent to recovery against Defendants, or, in the alternative, said conditions precedent have been waived or otherwise excused.

15. DM has retained the undersigned law firm and has agreed to pay it a reasonable fee for its services.

## **COUNT I—BREACH OF CONTRACT**

16. DM re-alleges paragraphs 1-15 as if fully set forth herein and incorporates them by reference.

17. Pursuant the terms of the Services Agreement between DM and Defendants, payment was "due within 15 days of receipt." *See* **Exhibit "A".**

18. DM's account statement, prepared by DM (hereinafter "Account Statement"), reflects services rendered by DM for the period of December 2021 through July 2022. A true and correct copy of the Account Statement is attached as **Exhibit "C."**

19. Prior to filing this lawsuit, DM made efforts to obtain payment of the amounts owed by Defendants to DM on multiple occasions advising Defendants that payment was outstanding in the amount of $640,214.91 and that Defendants were in breach of the Agreement. *See* **Exhibit C**.

20. At the time of filing this lawsuit, Defendants have failed to make any payment.

21. The Agreement provides that "[a]mounts over 60 days due from the date of the invoice will incur interest at a rate equal to one and one half percent (1.5%) per month . . . ."

22. Section 7 of the Agreement provides "[a]ll costs incurred by DM to obtain payment of past due amounts, including but not limited to legal fees, outside

collection companies, and court filing fees shall be the responsibility of DM's Customer."

23. DM is entitled to damages in the principal amount of $640,214.91, together with costs, interest, and attorneys' fees, pursuant to the terms of the Services Agreement.

WHEREFORE Plaintiff, DM MANAGEMENT TRANSPORTATION SERVICES, INC. respectfully requests the Court to enter a final judgment in its favor and against Defendants, US MATTRESS DEPOT d/b/a DEAL BEDS and DEAL BEDS, LLC, jointly and severally, for damages in the principal amount of $640,214.91, plus pre-judgment interest, costs, and any other relief the Court deems appropriate.

## COUNT II—UNJUST ENRICHMENT

24. DM re-alleges paragraphs 1-15 as if fully set forth herein and incorporates them by reference.

25. DM provided services in the form of logistics services at the request of Defendants.

26. Defendants acknowledged, accepted, retained, and benefited from, the logistics services provided by DM.

27. Despite benefiting from the services provided by DM, and despite Defendants agreeing to pay for same, Defendants have failed and refused to make payment to DM for the logistics services provided.

28. Defendants have been unjustly enriched by virtue of having requested, accepted, and retained the valuable logistics services without payment to DM.

WHEREFORE Plaintiff, DM MANAGEMENT TRANSPORTATION SERVICES, INC., respectfully requests the Court to enter a final judgment in its favor and against the Defendants, US MATTRESS DEPOT d/b/a DEAL BEDS and DEAL BEDS, LLC, jointly and severally, for damages in the principal amount of $640,214.91, pre-judgment interest, costs, and any other relief the Court deems appropriate.

## COUNT III—OPEN ACCOUNT

29. DM re-alleges paragraphs 1-15 as if fully set forth herein and incorporates them by reference.

30. DM provided a series of logistics services to Defendants as it relates to the Services Agreement, for which an unsettled debt, documented in the Account Statement, was generated.

31. Defendants owe DM $640,214.91. *See* **Exhibit C**.

WHEREFORE Plaintiff, DM MANAGEMENT TRANSPORTATION SERVICES, INC., respectfully requests the Court to enter a final judgment in its favor and against Defendants, US MATTRESS DEPOT d/b/a DEAL BEDS and DEAL BEDS, LLC, jointly and severally, for damages in the principal amount of $640,214.91, plus pre-judgment interest, costs, and any other relief the Court deems appropriate.

Dated this 9th day of December, 2022.

/s/ Douglas E. Ede
DOUGLAS E. EDE
Florida Bar No.: 764787
E-mail:  dede@rumberger.com (primary)
docketingmiami@rumberger.com and
dedesecy@rumberger.com (secondary)
RUMBERGER, KIRK, & CALDWELL, P.A.
A Professional Association
Brickell City Tower, Suite 3000
80 Southwest 8th Street
Miami, Florida 33130-3037
Tel:  305.358.5577
Fax:  305.371.7580

*Attorneys for DM*